**Law Offices of**

# The Semrad Law Firm, LLC

Accounting Department
2332 Galiano Street, Coral Gables, Miami FL 33134
Phone: (855) 206-1524 Email: accounting@semradlaw.com
accounting@semradlaw.com

## CREDIT/DEBIT CARD AUTHORIZATION FORM

| | |
|---|---|
| Intake Attorney: | N/A |
| RJS Employee: | efeldman@semradlaw.com |
| Client Name: | La Chapelle, Kevin L |
| File Number: | 190755 |
| Amount Paid Today: | $600.00 |
| Post-dated Payment Total: | $1100.00 |
| Total Paid Under Agreement: | $1700.00 |
| Agreement Type: | Chapter 7 |

**PAYMENT SCHEDULE:**

| DATE | AMOUNT |
|---|---|
| 04/03/2021 | 183.33 |
| 05/03/2021 | 183.33 |
| 06/03/2021 | 183.33 |
| 07/03/2021 | 183.33 |
| 08/03/2021 | 183.33 |
| 09/03/2021 | 183.35 |
| TOTAL | $1100.00 |

| | |
|---|---|
| Card Info: | Debit Card |
| Card Number: | 7844 |
| Expiration: | 3/2026 |
| Name: | La Chapelle, Kevin L |
| Address: | 4210 SW 111th Ave |
| | Miami, FL 33165-4738 |
| Email: | atoledo1024@gmail.com |

**Authorization:**

I authorize The Semrad Law Firm LLC to charge the credit card indicated in this authorization form per the terms outlined above. I understand that this authorization will remain in effect until the full amount of attorney's fees are paid in full, and I agree to notify The Semrad Law Firm of any changes in my account information. I certify I am an authorized user of this credit/ debit card and that I will not dispute the scheduled payments with my credit card issuer.

Cardholder Signature _[signature: Kevin La Chapelle]_    Date    03-08-2021